C. H. Harwood, appellee, v. George A. Kizer and John T. Reynolds, trading as Kizer-Reynolds Motor Company, appellants. Gen. No. 7,591.

Assumpsit by purchaser of automobile for money due under contract whereby vendors agreed to reimburse him the difference if the manufacturers reduced the price. Judgment for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed July 10, 1923.

Vause & Kiger, for appellants. Donald B. Craig, James W. Craig, Fred H. Kelly and James C. Van Meter, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Joseph King, trading as Colchester Brick and Tile Company, appellee, v. Lester L. Butterfield, appellant. Gen. No. 7,593.

Petition to foreclose mechanic's lien for brick furnished for use in construction of swimming pool. Decree for petitioner. Appeal from the Circuit Court of McDonough county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinon filed July 10, 1923.

Harry M. Waggoner, for appellant. Flack & Kerman, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Sarah F. Gauble, appellee, v. Louis Johnson, appellant. Gen. No. 7,597.

Suit by landlord for value of wheat claimed to be part of landlord's share of crop. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed July 10, 1923.

C. J. Vogelsang and Walter M. Provine, for appellant. Hogan & Reese, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. James Butler, plaintiff in error. Gen. No. 7,621.

Indictment for illegally transporting intoxicating liquor. Conviction and fine of $300 and sentence of four months in jail. Error to the County Court of Edgar county; the Hon. Dan V. Dayton, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923.

William Moran, Jr., for plaintiff in error. George W. Bristow, for defendant in error.

Mr. Presiding Justice Heard delivered the opinion of the court.